BOWMAN AND BROOKE LLP
Richard L. Stuhlbarg (SBN: 180631)
E-mail: richard.stuhlbarg@bowmanandbrooke.com
Garrett B. Stanton (SBN: 324775)
Email: garrett.stanton@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.: 310/ 768-3068
Fax No.: 310/ 719-1019

Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SHARLEIN ZAZUETA,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 2:20-cv-01577-MWF (JEMx)<br><br>(Removed from Los Angeles County Superior Court, Case No. 20STCV01558)<br><br>Judge Michael W. Fitzgerald<br>Magistrate Judge John E. McDermott<br><br>**ORDER GRANTING JOINT STIPULATION TO PROTECTIVE ORDER**<br><br>Action Filed: January 14, 2020<br>Trial: March 23, 2021 |

Pursuant to the parties' Stipulation seeking a Protective Order to facilitate the exchange of information and documents which may be subject to confidentiality limitations on disclosure due to state laws, federal laws, and privacy rights, good cause is found and it is hereby Ordered that the Stipulation is **GRANTED**. The Parties' Protective Order shall govern the exchange of information and documents which may be subject to confidentiality limitations.

IT IS SO ORDERED.

Dated: 6/11/2020

_John E. McDermott_
JUDGE JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE